### 72353. DOBY v. THE STATE.
(346 SE2d 89)

SOGNIER, Judge.

Appellant contends error in the denial of his extraordinary motion for a new trial, filed subsequent to this court's decision affirming his conviction of armed robbery. *Doby v. State*, 173 Ga. App. 348 (326 SE2d 506) (1985).

Effective July 1, 1984, OCGA § 5-6-35 was amended to require applications to appeal orders denying extraordinary motions for new trial when separate from an original appeal. The section applies to criminal cases. OCGA § 5-6-35 (a) (7), Ga. L. 1984, p. 599. There being no application to appeal the trial court's order in this case, the appeal is dismissed. *Pitts v. State*, 254 Ga. 298 (328 SE2d 732) (1985).

*Appeal dismissed. Banke, C. J., and Birdsong, P. J., concur.* ·

DECIDED MAY 28, 1986 —
REHEARING DENIED JUNE 5, 1986 —

James R. Doby III, *pro se.*
*Sam B. Sibley, Jr., District Attorney*, for appellee.